IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROSEMARY BLAKES**
**ADC # 705058**                                                                            **PLAINTIFF**

v.                    No. 1:12-cv-59-DPM-JJV

**KRUMAR JONES, Lieutenant,**
**McPherson Unit, Arkansas**
**Department of Correction;** *et al.*                             **DEFENDANTS**

### ORDER

Magistrate Judge Joe J. Volpe recommended, *Document No. 2*, that Blakes's *in forma pauperis* complaint be dismissed without prejudice because she is a three-striker under the Prison Litigation Reform Act. Blakes has not objected to that recommendation; nor has she paid the filing fee. The Court sees no legal error or clear factual error in the recommendation. The Court therefore adopts it in full. Blakes's complaint is dismissed without prejudice. Blakes's motion to correct the spelling of a defendant's name, *Document No. 3*, is denied as moot. An *in forma pauperis* appeal from this Order and accompanying Judgment would not be taken in good faith.

So Ordered.

*[signature]*

D.P. Marshall Jr.
United States District Judge

31 July 2012