IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**ROSEMARY BLAKES**
**ADC # 705058**                                                                    **PLAINTIFF**

v.                            No. 1:12-cv-59-DPM

**KRUMAR JONES, Lieutenant,**
**McPherson Unit, Arkansas**
**Department of Correction;** *et al.*                              **DEFENDANTS**

## JUDGMENT

Blakes's complaint is dismissed without prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 July 2012